UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND CLAUDIO,

   Plaintiff,

v.                                                                                  Case No. 1:25cv89-MCR-HTC

SECRETARY OF DEPARTMENT
OF CORRECTIONS, et al.,

   Defendants.

_____/

**ORDER**

The Magistrate Judge issued a Report and Recommendation dated April 4, 2025 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g), who did not pay the Court's filing fee and has not shown he is in imminent danger of serious physical injury and, also, under 28 U.S.C. § 1915(e)(ii)(B) as a malicious abuse of the judicial process because Plaintiff failed to truthfully disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**